IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 06-229-M |
| | : | |
| RODNEY FRANCIS HICKS | : | |
| | : | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
<u>BAIL REFORM ACT</u>

Upon a Government motion, it is **ORDERED** that a detention hearing is set for April 14, 2006[1], at 10:30 a.m., before this court, in Courtroom 5-A.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date: 4-12-06

/s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE

---

1. If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.