IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. |
| v. | : | |
| RODNEY FRANCIS HICKS | : | 06-229-M |

### **O R D E R**

AND NOW, this 13th day of April, 2006, after a hearing on the matter of pretrial detention with all parties present, the defendant waived the right to a hearing and stipulated to PRETRIAL DETENTION, therefore,

IT IS HEREBY ORDERED that the defendant be DETAINED PENDING TRIAL and that RODNEY FRANCIS HICKS shall be held in custody at a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that the defendant be afforded reasonable opportunity for private consultation with counsel and that, on Order of the Court of the United States or on a request of an attorney for the United States, the person in charge of the corrections facility in which the defendant is confined, deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

BY THE COURT:

 /s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
U. S. MAGISTRATE JUDGE