IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DATE FILED: _____ |
| v. | : | CRIMINAL NO._____ |
| RODNEY FRANCIS HICKS | : | VIOLATION:<br>18 U.S.C. § 2113(a) |
| | : | (bank robbery - 1 count) |

## SUPERSEDING INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 16, 2005, in Cheltenham, in the Eastern District of Pennsylvania, defendant

**RODNEY FRANCIS HICKS**

knowingly and unlawfully by force and violence, and by intimidation, took from employees of the Wachovia Bank, lawful currency of the United States, that is, $970, belonging to, and in the care, custody, control, management and possession of the Wachovia Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

_____
PATRICK L. MEEHAN
UNITED STATES ATTORNEY