# United States District Court

for the

## Eastern District of Pennsylvania

**December 5, 2011**

U.S.A. vs. Rodney Hicks                             Case No. 06-CR-248-01

## VIOLATION OF SUPERVISED RELEASE

      COMES NOW Adam Peterson U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Rodney Hicks who was placed on supervised release by the Honorable Paul S. Diamond sitting in the Court at Philadelphia PA, on the 5th day of October, 2006 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

| | |
|---|---|
| ORIGINAL OFFENSE: | Bank Robbery (Count One). |
| ORIGINAL SENTENCE: | Custody of the U.S. Bureau of Prisons for a period of 51 months, followed by three years supervised release, with a $100.00 special assessment. |
| SPECIAL CONDITIONS: | 1) The defendant shall pay a fine in the amount of $1,000 at a rate of $50.00 per month; 2) The defendant shall refrain from the use of alcohol and submit to testing to ensure compliance. The defendant shall submit to an evaluation and treatment by the U.S. Probation Office. The defendant shall abide by the rules of the program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office; 3) The defendant shall refrain from illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant submit to drug treatment on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of the program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office; 4) The defendant shall provide the U.S. Probation Office with full disclosure of his financial records, to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income; |

**RE:** Hicks, Rodney
**Case No:** 06-CR-248-01

        5) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless he is in compliance with a payment schedule for any fine obligation. The defendant shall not encumber or liquidate interest in any asset unless it is in direct service of the fine obligation or otherwise has express approval of the Court; and 6) The defendant shall participate in a vocational training program.

MODIFICATION
OF CONDITIONS:   On June 8, 2011, the Court modified Mr. Hicks' supervision conditions to include that he be placed at the Residential Reentry Center (RRC) for a period of 120 days. The conditions were modified as a result of the offender having incurred technical violations of marijuana and cocaine use, failing to report for random urine testing, and marginal compliance with treatment.

DATE SUPERVISION
COMMENCED:   October 6, 2009

The above probation officer has reason to believe that the supervised releasee has violated the terms and conditions of his supervision under such circumstances as may warrant revocation. These conditions are:

A.    <u>General Condition:</u> The defendant shall not commit another federal, state, or local crime.

    On November 27, 2011, Mr. Hicks was arrested and charged with aggravated assault, intimidation of a witness, possession of an instrument of crime, terroristic threats, and simple assault.

    According to the Arrest Report, on November 27, 2011 at approximately 3:30 a.m, Mr. Hicks and Shakeasha Dennison, his Islamic wife, had an argument and she went to her bedroom and locked the door. He reportedly kicked the door open and came after her. She had a knife in her hand to defend herself and he forced the knife out of her hand and cut her hand with it. Additionally, Ms. Dennison reported to the police that Mr. Hicks threatened to beat her if she called the police and he punched her with a closed fist in the right eye.

**RE:** Hicks, Rodney
**Case No:** 06-CR-248-01

On November 27, 2011, Mr. Hicks was released on bail in the amount of $750.00 (10% of $7500) which we confirmed was paid by Shakeasha Dennison. We note that there is currently a temporary "Stay Away Order" in place as part of the conditions of Mr. Hicks' bail.

A preliminary hearing has been scheduled for December 14, 2011.

**GRADE OF VIOLATION** <u>**A**</u>

B. <u>General Condition:</u> The defendant shall not commit another federal, state, or local crime.

On November 22, 2011, Mr. Hicks was arrested and charged with possession of a controlled substance, a misdemeanor.

According to the Arrest Report, police observed a silver Mercury Mariner blocking traffic at 7400 N. 19th Street in Philadelphia and activated overhead emergency lights.

The driver of the vehicle, Rodney Hicks, was observed moving around and reaching around the inside of the vehicle. Police ordered Mr. Hicks to step out of the vehicle for a "frisk" for officer safety. During the "frisk," one of the officers felt a hard circular object inside Mr. Hicks' right jacket pocket. The officer retrieved the object and discovered that it was an amber colored pill bottle with the name torn from the label. The bottle contained seven white pills, alleged to be Xanax.

Mr. Hicks was released on bail and a preliminary hearing is scheduled for December 9, 2011.

**GRADE OF VIOLATION** <u>**B**</u>

RE: Hicks, Rodney
Case No: 06-CR-248-01

| | |
|---|---|
| PRAYING THAT THE COURT WILL ORDER... | **THE ISSUANCE OF A WARRANT DIRECTING THAT THE NAMED SUPERVISED RELEASEE BE ARRESTED AND BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING.** |

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

*Jana H. Law*
Jana G. Law
Supervising U.S. Probation Officer

Place Philadelphia, PA
Date December 5, 2011

cc:  Assistant U.S. Attorney
     Defense Attorney
     U.S. Marshal's - Warrant Squad

ORDER OF THE COURT
Considered and ordered this  5th
day of _December_, 20 11  and ordered
filed and made part of the records in
the above case.

_____
U. S. District Court Judge

cc: USM, Warrant Issued 12/5/2011
USPO